UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA CHACON DE GONZALEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Defendant. | Case No. 1:26-cv-07000-KES-CDB<br><br>ORDER ON STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 4) |

Plaintiffs Ramona Chacon De Gonzalez and Jorge Gonzalez ("Plaintiffs") initiated this action with the filing of a complaint in state court on August 14, 2026, against Defendant Foremost Insurance Company Grand Rapids, Michigan ("Defendant") before Defendant removed thE action to this Court on September 1, 2026. (Doc. 1). A scheduling conference is set for December 2, 2026. (Doc. 2).

Pending before the Court is the parties' joint stipulated request for a 60-day continuance of the scheduling conference, filed on November 24, 2026. (Doc. 4). The parties represent that the law firm representing Plaintiffs, California Insurance Attorneys, is dissolving, and counsel for Plaintiffs has not yet determined how Plaintiffs wish to proceed, whether they intend to retain counsel or represent themselves. *Id.* ¶ 3. The parties therefore request to continue the scheduling conference to allow counsel for Plaintiffs to determine how Plaintiffs wish to proceed. *Id.* ¶ 4.

Although the asserted basis for the requested continuance is understandable, it is proffered in only generalized and conclusory terms and lacks any detail sufficient for the Court to confidently conclude that Plaintiffs and their counsel are undertaking resolution of the identified issues with necessary diligence. The Court finds that a 45-day continuance is appropriate. That is sufficient time for Plaintiffs and counsel to confer and resolve how they intend to proceed in this litigation balanced against the Court's need to manage its docket.

The Court admonishes Plaintiffs and their counsel that they must be prepared following expiration of the extension granted herein to prosecute this case. In other words, the Court will grant a 45-day continuance and expect the parties to comply with their obligation to file at least one week in advance of the reset scheduling conference their joint scheduling statement (*see* Doc. 2). It is highly unlikely, absent a timely showing of particularized good cause, that any further requests for a continuance will be granted.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to continue the initial scheduling conference (Doc. 4) is GRANTED IN PART;
2. The scheduling conference set for December 2, 2026 (Doc. 2), is continued to **January 19, 2027, at 10:00 AM**; and
3. As previously directed (Doc. 2), the parties shall file a joint scheduling report at least one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE